## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MILLARD GUTTER COMPANY, a** | ) | |
| **Corporation d/b/a MILLARD ROOFING** | ) | |
| **AND GUTTER,** | ) | **Case No. _____** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **V.** | ) | |
| | ) | |
| **CONTINENTAL CASUALTY, a/k/a** | ) | |
| **CNA, a/k/a or d/b/a CONTINENTAL** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant The Continental Insurance Company ("CIC" or "Defendant") hereby removes to this Court, pursuant to 28 U.S.C. § 1441(b), the state court action described below:

1.      On April 9, 2018, Plaintiff Millard Gutter Company dba Millard Roofing and Gutter ("Plaintiff") filed a complaint in District Court of Douglas County, Nebraska against Defendant for breach of contract and failure to include Millard Roofing, as an assignee on funds paid to the named insured, Midwest Screw Products, Inc. and for attorney's fees. The action is entitled *Millard Gutter Company, a Corporation d/b/a Millard Roofing and Gutter v. Continental Casualty a/k/a CNAA, a/k/a or d/b/a Continental Insurance Company*, Case No. CI 18-3035 ("the State Court Action"). A true and correct copy of the Complaint served upon Defendant in this action is attached as Exhibit "A."

2.      Defendant was served with a copy of the Complaint via certified mail on October 9, 2018. True and correct copies of the Summons and Service Return are attached as Exhibits "B" and "C". True and correct copies of all other papers filed in the State Court Action are attached as Exhibit "D."

3.      This Notice of Removal in accordance with 28 U.S.C. 1446(b) is timely

filed within thirty (30) days after receipt by or service on Defendant of the initial pleading or summons.

     4.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

     5.    Complete diversity exists pursuant to 28 U.S.C. §1332(c)(1). Plaintiff Millard Roofing is, and was at the time of the filing of the State Court Action, a Nebraska corporation with its principal place of business in Omaha, Nebraska. Defendant is, and was at the time of the filing of the State Court Action, a Pennsylvania corporation. Defendant's principal place of business is in Radnor, Pennsylvania.

     6.    Removal is properly made under 28 U.S.C. §1446(c)(2) because Plaintiff seeks to recover from Defendant in excess of the jurisdictional minimum.

     7.    The State Court action may be removed to this Court, pursuant to 28 U.S.C. §§1332, 1441, and 1446, as the "district . . . embracing the place where such action is pending."

     8.    A copy of this Notice of Removal is being served upon Plaintiff through his attorneys of record and upon the Clerk of the District Court of Douglas County, Nebraska, as required by the provisions of 28 U.S.C. §1446(d). A true and correct copy of the related and corresponding Notice of Filing of Notice of Removal of Civil Action, which is to be filed in the State Court Action, is marked Exhibit "E", attached (without exhibits) and by this reference made a part hereof.

     9.    Defendant requests trial of the above-entitled action in Omaha, Nebraska.

     10.    Defendant expressly reserves all defenses to Plaintiff's claims, including but not limited to all defenses based in contract, law, equity, statute, constitution, jurisdiction, or immunity, any other defense or avoidance, and does not waive any defenses by virtue of this removal.

WHEREFORE, Defendant request the State Court Action now pending in the District Court of Douglas County, Nebraska, Case No. CI 18-3035, be removed for determination to the United States District Court for the District of Nebraska.

THE CONTINENTAL INSURANCE COMPANY

By: _/s/ Gerald L. Friedrichsen_ _____

Gerald L. Friedrichsen (#15898)
Fitzgerald, Schorr, Barmettler & Brennan,
P.C. 10050 Regency Circle, Suite 200
Omaha, Nebraska 68114-3794
(402) 342-1000
gfriedrichsen@fitzlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2018, I filed the foregoing Notice of Removal with the Clerk of the Court and mailed a copy to the following via regular United States first-class mail, postage prepaid:

Theodore Boecker, Esquire
Boecker Law, P.C., L.L.O.
11225 Davenport Street
Suite 100
Omaha, NE 68154
(402) 933-9500
FAX (402) 933-7983
*Attorney for Plaintiff*

_/s/ Gerald L. Friedrichsen_ _____

*ano1117*

Image ID:
D00569615D01

| **SUMMONS** |

Doc. No.   569615

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                    NE 68183

Millard Gutter Company v. Continental Casualty Insurance

Case ID: CI 18    3035

TO:  Continental Casualty Insurance
DBA: Continental Insurance Company        DBA: CNA

You have been sued by the following plaintiff(s):

Millard Gutter Company

**Received Law Dept.**

**OCT 09 2018**

Plaintiff's Attorney:        Theodore R Boecker Jr
Address:                11225 Davenport Street, Ste 100
                        Omaha, NE 68154

Telephone:               (402) 933-9500

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  OCTOBER  4, 2018      BY THE COURT:    *John M. Friend*
                                              Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Continental Casualty Insurance
        c/o Stathy Darcy
        333 South Wabash Ave
        Chicago, IL 60604

BY:  Foreign Officer
Method of service:  Designated Delivery

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

*E2951494*

**EXHIBIT A**

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI180003035
Transaction ID: 0006695458
Filing Date: 04/09/2018 11:58:51 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER, | ) ) ) ) | CASE NO: CI |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **COMPLAINT** |
| CONTINENTAL CASUALTY, a/k//a CNA, a/k/a or d/b/a CONTINENTAL INSURANCE COMPANY, Defendant. | ) ) ) ) ) | |

COMES NOW, Millard Gutter Company d/b/a Millard Roofing and Gutter, by and through its counsel, and for its Complaint against the Defendant CNA Insurance Company of Nebraska a/k/a CNA Insurance a/k/a CNA, to state and allege as follows:

1. Millard Roofing and Gutter (herein sometimes "Millard Roofing") is a Nebraska corporation with its principal place of business at 14545 Industrial Road, Omaha, Nebraska 68144 doing business in Omaha, Douglas County, Nebraska and elsewhere.

2. Defendant Continental Casualty a/k/a CNA a/k/a or d/b/a Continental Insurance Company is an insurance company doing business in Omaha, Douglas County, Nebraska, and elsewhere (hereinafter referred to as CNA).

3. Millard Roofing is the assignee of various insured property owners, who purchased insurance from Defendant, including David Schroeder and Midwest Screw Products, Inc. Such insureds of CNA have assigned their right to any proceeds under policies of insurance issued by CNA to Millard Roofing.

**EXHIBIT A**

4. Millard Roofing forwarded a copy of an assignment of rights under the policies, including the right to proceeds, executed by each of the insureds to CNA associated with the 2013 storms.

5. Pursuant to Nebraska law the subject assignments are valid assignments of the right to proceeds under an insurance policy issued by CNA.

6. Pursuant to the policies, CNA was obligated to pay for loss to the insureds' property resulting from any peril not otherwise excluded within the policies.

7. The insureds sustained loss due to a storm occurring in 2013, which included damage arising from wind, hail and/or rain. The damages suffered by the insureds are covered under the policies issued by CNA.

8. The policies were in full force and effect at the time of the losses.

9. The insureds and/or Millard Roofing, as assignee, promptly and properly made claims to CNA for insurance benefits under the policies and fulfilled all of their post loss duties required of the insured under the policies, except any obligations which may have been prevented or waived by CNA.

10. As assignee, Millard Roofing has satisfied all of those matters and things properly required of it under the policies, including substantial compliance with all conditions precedent or, alternatively, performance of all obligations that have not been excused by virtue of the acts, representations or conduct of CNA.

11. Millard Roofing has made demand upon CNA to advise it of any further information or documentation that it needs to process the claims of the insured and CNA has failed to identify any information, documents or other matters which it needs to process the claims.

**EXHIBIT A**

12. Notwithstanding the fact that Millard Roofing obtained valid assignments of rights under the policies issued by CNA, CNA has failed to pay Millard Roofing amounts due under the policies, despite notice of the assignment of the claims to Millard Roofing.

13. Pursuant to the terms of the policies and Nebraska law, CNA has a contractual obligation to pay the full amount of the losses, including the cost to repair, restore or replace the damages, less the applicable deductible.

14. CNA has breached the policies by failing to pay to Millard Roofing all benefits due and owing under the policies.

15. CNA's failure to make direct payment to Millard Roofing is unlawful and contrary to the terms of the assignment.

16. CNA is not entitled to a set off or offset of any monies paid to any of the insureds, or not paid to Millard Roofing.

17. Despite notice of the assignments, CNA has failed to make direct payment to Millard Roofing and/or including Millard Roofing as a payee on any checks or other payments for the loss.

18. CNA's failure to include Millard Roofing on any undisputed funds paid to the insureds constitutes a breach of contract.

19. CNA's failure to pay all insurance benefits owed under the policies has caused damage to Millard Roofing.

20. Pursuant to Neb.Rev.Stat.§ 44-359, a party with an interest in an insurance policy is entitled to recover attorney fees as part of a judgment.

**EXHIBIT A**

21. Millard Roofing, by virtue of the assignments, is a valid beneficiary of the insurance policies and upon recovery of a judgment is also entitled to an award of attorney fees and costs pursuant to Neb.Rev.Stat §44-359, as well as any other applicable provision of law.

22. As a direct and proximate result of CNA's breach of contract and refusal to pay the valid claims of Millard Roofing, Millard Roofing has, and will occur, attorney fees in an amount to be determined, which should be awarded as part of the judgment.

23. Because Millard Roofing's claim arises pursuant to an instrument in writing, Millard Roofing is entitled to interest withheld by CNA at the rate of twelve percent (12%) per annum from the date of invoicing of each claim.

24. As a direct and proximate result of the bad faith conduct of CNA, Millard Roofing has also been deprived of the benefits owed under the insurance policies including prompt payment, there by justifying an award of prejudgment interest from the date the claim was submitted to CNA for each of the respective insureds.  CNA has wrongfully retained money due to Millard Roofing and engaged in an unreasonable delay of payment.

25. Millard Roofing has been harmed by virtue of the wrongful retention and refusal to release funds, and is thereby entitled to an award of pre-judgment interest to compensate it for the wrongful retention and withholding of funds by CNA.

WHEREFORE, Plaintiff prays that this Court enter a judgment against Defendant for all of its general and special damages in an amount to be determined at trial, together with an award of pre and post-judgment interest, attorney fees and costs, and any other relief allowed under law.

**EXHIBIT A**

MILLARD GUTTER COMPANY, a
Corporation d/b/a MILLARD ROOFING
AND GUTTER, Plaintiff

/s/ Theodore R. Boecker, Jr.

By: _____
Theodore R. Boecker, Jr., NE #20346
BOECKER LAW, P.C., L.L.O.
11225 Davenport Street, Suite 100
Omaha, Nebraska  68154
Tele:  (402) 933-9500
Fax:  (402) 933-7983
Email:  boeckerlaw@msn.com
ATTORNEY FOR PLAINTIFF

**EXHIBIT A**





**EXHIBIT A**

Image ID:
D00569615D01

## SUMMONS

Doc. No.   569615

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha              NE 68183

Millard Gutter Company v. Continental Casualty Insurance

Case ID: CI 18     3035

TO:  Continental Casualty Insurance
DBA: Continental Insurance Company        DBA: CNA

**FILED BY**
Clerk of the Douglas District Court
10/04/2018

You have been sued by the following plaintiff(s):

    Millard Gutter Company

Plaintiff's Attorney:     Theodore R Boecker Jr
Address:                  11225 Davenport Street, Ste 100
                          Omaha, NE 68154

Telephone:                (402) 933-9500

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date: OCTOBER  4, 2018     BY THE COURT:    *John M. Friend*
                                             Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Continental Casualty Insurance
        c/o Stathy Darcy
        333 South Wabash Ave
        Chicago, IL 60604

BY: Foreign Officer
Method of service:  Designated Delivery

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

**EXHIBIT B**

| SERVICE RETURN | Doc. No.   569615 |
| --- | --- |

Douglas District Court
1701 Farnam
Omaha                    NE 68183

To: Foreign Officer
Case ID: CI 18    3035 Millard Gutter Com v. Continental Casual

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                       _____

Mileage _____miles     _____

   TOTAL            $ _____

Date: _____    BY: _____
                                                         (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                                _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Continental Casualty Insurance        From:  Theodore R Boecker Jr
    c/o Stathy Darcy                              11225 Davenport Street, Ste 100
    333 South Wabash Ave                          Omaha, NE 68154
    Chicago, IL 60604

# ATTACH RETURN RECEIPT & RETURN TO COURT

# EXHIBIT B

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI180003035
Transaction ID: 0007594914
Filing Date: 10/12/2018 11:28:56 AM CDT

**SERVICE RETURN**

Douglas District Court
1701 Farnam
Omaha                    NE 68183

To: Foreign Officer
Case ID: CI 18    3035 Millard Gutter Com v. Continental Casual

Received this Summons on _____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons

upon the party:

by _____

_____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                      _____

Mileage _____miles        _____

    TOTAL           $ _____

Date: _____    BY: _____
                                      (Sheriff or authorized person)

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____ Continental Casualty Insurance _____

At the following address: __ c/o Stathy Darcy _____

_____ 333 South Wabash Aven _____

_____ Chicago, IL 60604 _____

on the ___4th___ day of ___October___ _____ 2018 ___, as required by Nebraska state law.

Postage $ __26.20__    Attorney for: ___ Plaintiff _____

The return receipt for mailing to the party was signed on ___October 5___, ___2018___

To: Continental Casualty Insurance      From: Theodore R Boecker Jr
    c/o Stathy Darcy                          11225 Davenport Street, Ste 100
    333 South Wabash Ave                      Omaha, NE 68154
    Chicago, IL 60604

## ATTACH RETURN RECEIPT & RETURN TO COURT

**EXHIBIT C**

CNA

**Ex.** Shipping     Tracking     Printing Services     Locations     Support                    Sign In

TRACK ANOTHER SHIPMENT

783097013384

# Delivered
# Friday 10/05/2018 at 9:24 am

DELIVERED

Signed for by: L.BUTLER

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|------|-----|
| OMAHA, NE US | CHICAGO, IL US |

## Request Proof of Delivery

For detailed proof of delivery, enter the 9-digit shipper or payer FedEx
account number associated with this shipment.

| TRACKING NO. OR NICKNAME | DESTINATION | SIGNATURE IMAGE | ACCOUNT NUMBER |
|---|---|---|---|
| 783097013384 | Chicago, IL | Yes | ACCOUNT NUMBER |

View/print letter

Ask FedEx

**SUBMIT**

**OUR COMPANY**                    **MORE FROM FEDEX**                    **LANGUAGE**

**EXHIBIT C**

# Certificate of Service

I hereby certify that on Friday, October 12, 2018 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Continental Casualty Insurance service method: No Service

Signature: /s/ Theodore Boecker (Bar Number: 20346)

**EXHIBIT C**

Image ID:
D00547174D01

**SUMMONS**

Doc. No.   547174

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                    NE 68183

Millard Gutter Company v. Continental Casualty Insurance

Case ID: CI 18    3035

TO:  Continental Casualty Insurance
DBA: Continental Insurance Company          DBA: CNA

**FILED BY**
Clerk of the Douglas District Court
06/18/2018

You have been sued by the following plaintiff(s):

Millard Gutter Company

Plaintiff's Attorney:    Theodore R Boecker Jr
Address:                 11225 Davenport Street, Ste 100
                         Omaha, NE 68154

Telephone:               (402) 933-9500

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  JUNE 18, 2018      BY THE COURT:   *John M. Friend*
                                          Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Continental Casualty Insurance
        c/o Stathy Darcy
        333 South Wabash Ave
        Chicago, IL 60604

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

**EXHIBIT D**

## SERVICE RETURN

Doc. No.   547174

Douglas District Court
1701 Farnam
Omaha                        NE 68183

To:
Case ID: CI 18    3035 Millard Gutter Com v. Continental Casual

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return       $ _____

Copy                              _____

Mileage _____miles      _____

   TOTAL              $ _____

Date: _____       BY: _____
                                      (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____       Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Continental Casualty Insurance          From:  Theodore R Boecker Jr
    c/o Stathy Darcy                                    11225 Davenport Street, Ste 100
    333 South Wabash Ave                          Omaha, NE 68154
    Chicago, IL 60604

# ATTACH RETURN RECEIPT & RETURN TO COURT

# EXHIBIT D

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI180003035
Transaction ID: 0007022106
Filing Date: 06/18/2018 10:46:05 AM CDT

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER, | ) ) ) ) | CASE NO: CI 18-3035 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PRAECIPE** |
| CONTINENTAL CASUALTY, a/k//a CNA, a/k/a or d/b/a CONTINENTAL INSURANCE COMPANY, Defendant. | ) ) ) ) ) | |

TO: The Clerk of Douglas County District Court

Please issue a Summons and Complaint upon the Defendant Continental Casualty at the following address:

Continental Casualty Company
c/o Stathy Darcy
333 South Wabash Ave
Chicago, IL 60604

for service via United States Certified Mail, return receipt requested.

MILLARD GUTTER COMPANY, a
Corporation d/b/a MILLARD ROOFING
AND GUTTER, Plaintiff

/s/ Theodore R. Boecker, Jr.

By: _____
Theodore R. Boecker, Jr., NE #20346
BOECKER LAW, P.C., L.L.O.
11225 Davenport Street, Suite 100
Omaha, Nebraska 68154
Tele: (402) 933-9500
Fax: (402) 933-7983
Email: boeckerlaw@msn.com
ATTORNEY FOR PLAINTIFF

**EXHIBIT D**

Image ID: D00558879D01

# NOTICE OF INTENT TO DISMISS

### IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA

Millard Gutter Company v. Continental Casualty Insurance

Case ID: CI 18 3035

Pursuant to Rule 4-10, this notice is sent to inform each party that, within thirty (30) days from the date of this notice, you must submit a Proposed Scheduling Order(PSO) indicating: a) Date of Scheduling Conference b) Trial Scheduled/Trial Held date, or, c) Request that a Pretrial conference be held and necessary discovery deadlines set, or the above-captioned case will be dismissed for lack of prosecution.

#### Procedural Process to Avoid Dismissal

Pursuant to Rule 4-10(A), one original Proposed Scheduling Order shall be presented to the District Court Administrator for review to ensure that all information required by these rules has been provided.  The District Court Administrator-approved Proposed Scheduling Order will be forwarded for review by the judge to whom the case is assigned.  The parties may also request a scheduling conference, which must be held prior to the case dismissal date. Either of the above-mentioned events shall remove the case from the case progression dismissal list.  The Court will not consider motions or stipulations to extend or excuse the filing of a Joint Proposed Scheduling Order.

#### Case Progression Dismissals

Pursuant to Rule 4-10(C), when a case has been dismissed for lack of prosecution, the judge to whom the case is assigned has the discretion to reinstate the case. However, a case can be reinstated only upon (1) the showing of good cause for reinstatement, (2) the contemporaneous submission of a PSO; and (3) the filing of a Signed Scheduling Order.  [If a PSO does not accompany the request for reinstatement of the dismissed case, the case will automatically be dismissed as soon as it has been reinstated.]

If you have any questions or concerns about this notice, please contact District Court Administrator Doug Johnson either by email (djohnson@dc4dc.com) or by telephone (402-444-7004).  The Proposed Scheduling Order can be found on the District Court website www.dc4dc.com.

Date:  August  8, 2018

_____
District Court Administrator

Theodore R Boecker Jr
boeckerlaw@msn.com

**EXHIBIT D**

Image ID: D00558878D01

## NOTICE OF INTENT TO DISMISS

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA

Millard Gutter Company v. Continental Casualty Insurance

Case ID: CI 18 3035

Pursuant to Rule 4-10, this notice is sent to inform each party that, within thirty (30) days from the date of this notice, you must submit a Proposed Scheduling Order(PSO) indicating: a) Date of Scheduling Conference b) Trial Scheduled/Trial Held date, or, c) Request that a Pretrial conference be held and necessary discovery deadlines set, or the above-captioned case will be dismissed for lack of prosecution.

### Procedural Process to Avoid Dismissal

Pursuant to Rule 4-10(A), one original Proposed Scheduling Order shall be presented to the District Court Administrator for review to ensure that all information required by these rules has been provided.  The District Court Administrator-approved Proposed Scheduling Order will be forwarded for review by the judge to whom the case is assigned.  The parties may also request a scheduling conference, which must be held prior to the case dismissal date. Either of the above-mentioned events shall remove the case from the case progression dismissal list.  The Court will not consider motions or stipulations to extend or excuse the filing of a Joint Proposed Scheduling Order.

### Case Progression Dismissals

Pursuant to Rule 4-10(C), when a case has been dismissed for lack of prosecution, the judge to whom the case is assigned has the discretion to reinstate the case. However, a case can be reinstated only upon (1) the showing of good cause for reinstatement, (2) the contemporaneous submission of a PSO; and (3) the filing of a Signed Scheduling Order.  [If a PSO does not accompany the request for reinstatement of the dismissed case, the case will automatically be dismissed as soon as it has been reinstated.]

If you have any questions or concerns about this notice, please contact District Court Administrator Doug Johnson either by email (djohnson@dc4dc.com) or by telephone (402-444-7004).  The Proposed Scheduling Order can be found on the District Court website www.dc4dc.com.

Date:  August  8, 2018

_____
District Court Administrator


Continental Casualty Insurance
c/o Stathy Darcy
333 South Wabash Ave
Chicago, IL 60604

**EXHIBIT D**

```
Image ID:
D00560420D01
```

**SUMMONS**

Doc. No.   560420

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
          1701 Farnam
          Omaha          NE 68183


Millard Gutter Company v. Continental Casualty Insurance

Case ID: CI 18   3035


TO:  Continental Casualty Insurance
DBA: Continental Insurance Company       DBA: CNA

**FILED BY**
Clerk of the Douglas District Court
08/16/2018

You have been sued by the following plaintiff(s):

     Millard Gutter Company




Plaintiff's Attorney:   Theodore R Boecker Jr
Address:                11225 Davenport Street, Ste 100
                        Omaha, NE 68154

Telephone:              (402) 933-9500

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  AUGUST 16, 2018     BY THE COURT:   *John M. Friend*
                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

          Continental Casualty Insurance
          c/o Stathy Darcy
          333 South Wabash Ave
          Chicago, IL 60604

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.


**EXHIBIT D**

| SERVICE RETURN | Doc. No.   560420 |
|---|---|

Douglas District Court
1701 Farnam
Omaha                    NE 68183

To:
Case ID: CI 18     3035 Millard Gutter Com v. Continental Casual

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return     $ _____

Copy                          _____

Mileage _____miles      _____

    TOTAL              $ _____

Date: _____     BY: _____
                                            (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                    _____

Postage $ _____     Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Continental Casualty Insurance          From: Theodore R Boecker Jr
    c/o Stathy Darcy                                11225 Davenport Street, Ste 100
    333 South Wabash Ave                       Omaha, NE 68154
    Chicago, IL 60604

# ATTACH RETURN RECEIPT & RETURN TO COURT

# EXHIBIT D

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI180003035
Transaction ID: 0007309700
Filing Date: 08/16/2018 10:51:39 AM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER, | ) ) ) ) | CASE NO: CI 18-3035 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PRAECIPE** |
| CONTINENTAL CASUALTY, a/k//a CNA, a/k/a or d/b/a CONTINENTAL INSURANCE COMPANY, Defendant. | ) ) ) ) ) | |

TO:  The Clerk of Douglas County District Court

Please issue a Summons and Complaint upon the Defendant Continental Casualty at the

following address:

Continental Casualty Company
c/o Stathy Darcy
333 South Wabash Ave
Chicago, IL 60604

for service via United States Certified Mail, return receipt requested.


MILLARD GUTTER COMPANY, a
Corporation d/b/a MILLARD ROOFING
AND GUTTER, Plaintiff

/s/ Theodore R. Boecker, Jr.

By: _____
Theodore R. Boecker, Jr., NE #20346
BOECKER LAW, P.C., L.L.O.
11225 Davenport Street, Suite 100
Omaha, Nebraska  68154
Tele:  (402) 933-9500
Fax:   (402) 933-7983
Email:  boeckerlaw@msn.com
ATTORNEY FOR PLAINTIFF

**EXHIBIT D**

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

MILLARD GUTTER COMPANY,           )          PROPOSED SCHEDULING ORDER
           Plaintiff,            )
                         )
                         )
    vs.                                )          CASE # CI 18-3035
                         )
CONTINENTAL CASUALTY              )
           Defendants.           )
                         )          JUDGE  COFFEY

TYPE OF CASE:  _λ_ LAW  _____ EQUITY  (parties dispute)

**CHOOSE EITHER A, B, OR C:**

A.  The parties have been unable to agree upon a Proposed Scheduling Order and are required to appear at a scheduling Conference hearing which has been set for 11/18 / 201 8, 2018 at 9:30 a.m.  The party submitting this form shall properly notify the other party or parties.

B.  Trial Scheduled/Trial Held Date: _____

C.  The parties to this action have conferred and agree as follows:

1.  The parties are requesting a pre-trial conference _____ yes __ no.
    If so, the parties have contacted the Court and it is set for _____, 20___ at ___:___.

2.  The parties shall complete fact discovery on _____.

3.  The parties shall file any amended pleadings and shall join any additional parties to the action by not later than _____.

4.  The parties shall designate expert witnesses, if any, including curriculum vitae, and the subject matter about which each such expert is expected to testify by the following dates unless the parties mutually agree otherwise to extend deadlines for expert witnesses.  **Plaintiff expert(s) by:** _____.
    All discovery shall be completed on such expert witnesses, including depositions, by not later than _____.
    **Defendant's expert(s) by:** _____.
    All discovery shall be competed on such expert witnesses, including Depositions, by not later than _____.

5.  The parties shall complete all agreed-upon means/methods of alternative dispute resolution by not later than _____.

6.  The parties shall file all non-dispositive pre-trial motions by not later than _____, and the parties shall file all dispositive pre-trial motions by not later than _____.

7.  The parties shall identify (a) all documents which may be offered in evidence, and (b) all witnesses who may be called to testify, including each witness's name and address, by not later than _____.

8.  The parties are requesting a _____ jury trial ___ non-jury/bench trial. (parties dispute)

9.  Local Rule 4-3 shall be complied with no later than (90) days from the date this form is presented to the Court Administrator.  Parties shall be responsible to report to Conciliation Court for compliance.

10.  The parties must be prepared for trial by not later than _____.

11.  The anticipated length of the trial will be _____.

12.  The original has been presented to the Court Administrator for review.
    Dated this 7th day of Sept, 2018.

Theodore R. Boecker, Jr. NE #20346
_____
Plaintiff's/Petitioner's Attorney [Sign and Print Name]
Address 11225 Davenport St, #100, Omaha NE 68154
Telephone Number   402-933-9500

_____
Defendant's/Respondent's Attorney [Sign and Print Name]
Address
Telephone Number

---

**Box (upper right):**

____ DOMESTIC RELATIONS      ____ MODIFICATION

____ Dissolution              ____ Alimony

____ Separate Maintenance    ____ Child Support

____ Annulment             ____ Parenting Time

____ Other/Explain: _____
_____

____ MINOR CHILDREN (Rule 4-3 Applicable)

---

____ Check if Additional parties, and identify on back of this form

001700336D01

---

IT IS SO ORDERED this _____ day of _____, 2018.
BY THE COURT:

_____
District Court Judge   REV. 05/19/14

REV. CT. ADMIN.  *COPY*

Dated _9 - 7 -18_

**EXHIBIT D**

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI180003035
Transaction ID: 0007555994
Filing Date: 10/04/2018 02:29:18 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER, | ) ) ) ) | CASE NO: CI 18-3035 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PRAECIPE** |
| CONTINENTAL CASUALTY, a/k//a CNA, a/k/a or d/b/a CONTINENTAL INSURANCE COMPANY, Defendant. | ) ) ) ) ) | |

TO: The Clerk of Douglas County District Court

Please issue a Summons and Complaint upon the Defendant Continental Casualty at the following address:

Continental Casualty Company
c/o Stathy Darcy
333 South Wabash Ave
Chicago, IL 60604

for service via designated delivery service (Fed. Ex.).

MILLARD GUTTER COMPANY, a
Corporation d/b/a MILLARD ROOFING
AND GUTTER, Plaintiff

*/s/ Theodore R. Boecker, Jr.*

By: _____
Theodore R. Boecker, Jr., NE #20346
BOECKER LAW, P.C., L.L.O.
11225 Davenport Street, Suite 100
Omaha, Nebraska 68154
Tele: (402) 933-9500
Fax: (402) 933-7983
Email: boeckerlaw@msn.com
ATTORNEY FOR PLAINTIFF

**EXHIBIT D**

Nebraska Judicial Branch - Case Search                    https://www.nebraska.gov/justice/case.cgi

All State Agencies | All State Services | Select Language▼

# Nebraska Judicial Branch

## Case Summary

In the District Court of Douglas County
The Case ID is  CI 18 0003035
          Millard Gutter Com v. Continental Casual
The Honorable J. M Coffey, presiding.
Classification: Contract Disputes
Filed on 04/09/2018
This case is Open as of 04/09/2018

## Parties/Attorneys to the Case

            Party                        Attorney
Plaintiff ACTIVE
    Millard Gutter Company            Theodore R Boecker Jr
    11225 Davenport Street            11225 Davenport Street, Ste 1
    Suite 100
    Omaha           NE 68154          Omaha           NE 68154
                                      402-933-9500
Alias is Millard Roofing and Gutter
Defendant ACTIVE
    Continental Casualty Insurance
    c/o Stathy Darcy
    333 South Wabash Ave
    Chicago          IL 60604
Alias is Continental Insurance Company
        CNA

## Court Costs Information

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Petition | 04/09/2018 | $35.00 |
| Plaintiff | Filing Fee - State | 04/09/2018 | $1.00 |
| Plaintiff | Automation Fee | 04/09/2018 | $8.00 |
| Plaintiff | NSC Education Fee | 04/09/2018 | $1.00 |
| Plaintiff | Dispute Resolution Fee | 04/09/2018 | $0.75 |
| Plaintiff | Indigent Defense Fee | 04/09/2018 | $3.00 |
| Plaintiff | Uniform Data Analysis Fee | 04/09/2018 | $1.00 |
| Plaintiff | J.R.F. | 04/09/2018 | $6.00 |
| Plaintiff | Filing Fee-JRF | 04/09/2018 | $6.00 |
| Plaintiff | Legal Aid/Services Fund | 04/09/2018 | $6.25 |
| Plaintiff | Complete Record | 04/09/2018 | $15.00 |

**EXHIBIT D**

Nebraska Judicial Branch - Case Search                    https://www.nebraska.gov/justice/case.cgi

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Service Fees | 10/12/2018 | $26.20 |

### Financial Activity

No trust money is held by the court
No fee money is held by the court

### Payments Made to the Court

| Receipt | Type | Date | For | Amount |
|---|---|---|---|---|
| 294313 | Electronic Trans | 04/10/2018 | Millard Gutter Company | $83.00 |
| | | | Petition | $35.00 |
| | | | Filing Fee - State | $1.00 |
| | | | Automation Fee | $8.00 |
| | | | NSC Education Fee | $1.00 |
| | | | Dispute Resolution Fee | $.75 |
| | | | Indigent Defense Fee | $3.00 |
| | | | Uniform Data Analysis | $1.00 |
| | | | J.R.F. | $6.00 |
| | | | Filing Fee-JRF | $6.00 |
| | | | Legal Aid/Services Fun | $6.25 |
| | | | Complete Record | $15.00 |

### Register of Actions

10/12/2018 Return Summons/Alias Summons
           The document number is 00569615
    JB
           Served 10/05/2018
           Designated Delivery
           Image ID  N18285DDQD01

10/04/2018 Summons Issued on Continental Casualty Insurance
           The document number is 00569615
    E-MAILED: boeckerlaw@msn.com
           Image ID  D00569615D01

10/04/2018 Praecipe-Out St Summons/Alias
           This action initiated by party Millard Gutter Company
    MM
           Image ID  N18277DBED01

09/07/2018 Proposed Scheduling Order

11/1/2018, 12:46 PM
**EXHIBIT D**

```
                      This action initiated by Theodore R Boecker Jr
                      Image ID  001700336D01


08/16/2018 Summons Issued on Continental Casualty Insurance
                      The document number is 00560420
            E-MAILED: boeckerlaw@msn.com
                      Image ID  D00560420D01


08/16/2018 Praecipe-Out St Summons/Alias
                      This action initiated by party Millard Gutter Company


        MM
                      Image ID  N18228Z7AD01


08/08/2018 Notice Issued
                      The document number is 00558879
            Notice of Intent to Dismiss
            Theodore R Boecker Jr boeckerlaw@msn.com
                      Image ID  D00558879D01


08/08/2018 Notice Issued
                      The document number is 00558878
            Notice of Intent to Dismiss
            Continental Casualty Insurance
                      Image ID  D00558878D01


06/18/2018 Summons Issued on Continental Casualty Insurance


                      The document number is 00547174
            E-MAILED: boeckerlaw@msn.com
                      Image ID  D00547174D01


06/18/2018 Praecipe-Out St Summons/Alias
                      This action initiated by party Millard Gutter Company
        as
                      Image ID  N18169G24D01


04/09/2018 Complaint-Praecipe
                      This action initiated by party Millard Gutter Company
        ts no praecipe filed
                      Image ID  N18099X6ID01
```

**EXHIBIT D**